Edward Wolfe, of counsel. Opinion by JUSTICE TUOHY. Not to be published in full. Opinion filed December 22, 1953; released for publication February 19, 1954.

## Halvdan Reinholdt et al., Plaintiffs Below, and Harry S. Posner, Petitioner Below, Appellee, v. Carl C. Mobrich, Defendant Below, Appellant, and Arthur S. Gomberg, Intervening Petitioner, Appellant.

### Gen. No. 46,165. (Abstract of Decision.)

Samuel Nineberg for appellants; Harry S. Posner, *pro se*, appellee. Opinion by JUSTICE TUOHY. Not to be published in full. Opinion filed December 22, 1953; rehearing denied January 22, 1954; released for publication February 19, 1954.

## Harry Lipton, Appellee, v. Pennsylvania Rubber Company, Appellant.

### Gen. No. 46,024. (Abstract of Decision.)

Teller, Levit & Silver-
trust, for appellant; Leon Silvertrust, and H. J. Goldberger, of counsel;
Grossman & Grossman, and Kelner & Kelner, for appellee; Lester N.
Grossman, and Louis N. Grossman, of counsel. Opinion by PRESIDING
JUSTICE FEINBERG. Not to be published in full. Opinion filed December
30, 1953; released for publication February 3, 1954.

## Andrew Watts, Plaintiff-Appellee, v. Staunton Lumber Company, Inc., Defendant-Appellant.

### Term No. 53-O-14. (Abstract of Decision.)

James L. Reed, by James H. Parsons, Jr., for
appellant; Wesley Lueders, and Randall Robertson, for appellee. Opin-
ion by JUSTICE BARDENS. Not to be published in full. Opinion filed
January 11, 1954; released for publication February 4, 1954.